UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23306-WILLIAMS/MCALILEY

ARMANDO PEREZ,

    Plaintiff,

vs.

GREENSTAR LANDSCAPING, CO.
AND PETER E. MASI,

    Defendants.
_____/

### PLAINTIFF'S STATEMENT OF CLAIM

Plaintiff, Armando Perez, pursuant to the Court's Order entered on September 14, 2021 [ECF No. 4], files his Statement of Claim based on the information known to him and estimates as follows:

### *Preliminary Statement*

This Statement of Claim is not be construed as a demand, but merely as a case management tool required by the Court. *See Calderon v. Baker Concrete Const., Inc.*, 771 F.3d 807, 811 (11th Cir. 2014) ("That document is an extra-Rules practice used by the district court for its convenience and to aid in case management. It does not have the status of a pleading and it is not an amendment under Rule 15 of the Federal Rules of Civil Procedure.")

1

*Information Requested by the Court*

1. **Estimated Claim:**                                         $49,587.50

2. **Method of Calculation** of Alleged Unpaid Wages. Plaintiff approximates as follows:

    A. **Unpaid Overtime Wages:**                           $34,587.50

    Plaintiff worked from March 1, 2018 to August 26, 2021 and received a pay raise every year.

    - **March 1, 2018 to February 25, 2019 = 51 weeks**
        - Plaintiff was paid $20 per hour.
        - Plaintiff's overtime (half-time) rate owed is $10 per hour.
        - Plaintiff estimates he worked an average of 60-65 hours per week, equating to approximately 22.5 overtime hours per week.
        - 22.5 OT hours/week x $10/hour OT = $225.00/OT per week
        - $225/week x 49 weeks = **$11,025.00 OT wages owed**

    - **February 26, 2019 to February 27, 2020 = 52 weeks**
        - Plaintiff was paid $21 per hour.
        - Plaintiff's overtime (half-time) rate owed is $10.50 per hour.
        - Plaintiff estimates he worked an average of 60-65 hours per week, which is 22.5 overtime hours per week.
        - 22.5 OT hours/week x $10.50/hour OT = $236.25/OT per week
        - $236.25/week x 50 weeks = **$11,812.50 OT wages owed**

    - **February 28, 2020 to March 1, 2021 = 52 weeks**
        - Plaintiff was paid $23 per hour.
        - Plaintiff's overtime (half-time) rate owed is $11.50 per hour.
        - Plaintiff estimates he worked an average of 55 hours per week, which is 15 overtime hours per week.
        - 15 OT hours/week x $11.50/hour OT = $172.50/OT per week
        - $172.50/week x 50 weeks = **$8,625.00 OT wages owed**

    - **March 1, 2021 to August 26, 2021 = 25 weeks**
        - Plaintiff was paid $25 per hour.
        - Plaintiff's overtime (half-time) rate owed is $12.50 per hour.
        - Plaintiff estimates he worked an average of 50 hours per week, which is 10 overtime hours per week.
        - 10 OT hours/week x $12.50/hour OT = $125.00/OT per week
        - $125.00/week x 25 weeks = **$3,125.00 OT wages owed**

    Total: $11,025.00 + $11,812.50 + $8,625.00 + $3,125.00 = $34,587.50

    B.    **26 U.S.C. §7434:**

        Statutory Damages for 2018, 2019 and 2020
        <u>$5,000.00 x 3 = $15,000.00</u>

3. **Nature of Alleged Unpaid Wages:** Unpaid/underpaid overtime wages (plus statutory damages pursuant to 26 U.S.C. §7434.

4. Plaintiff also seeks liquidated in an amount equal to his unpaid/underpaid overtime wages plus his attorneys' fees and costs.

5. Plaintiff's Statement of Claim is based upon the information currently known and/or available.

6. Plaintiff reserves the right to amend this Statement of Claim based upon additional information provided by Defendants, through discovery, and/or as additional/different information becomes known.

7. This Statement of Claim does not include any computation of for damages other than those sought in the operative/pending Complaint and is subject to revision through the course of discovery and/or the amendment of the Complaint.

8. **Attorneys' Fees and Costs.** As of the filing of this document, Plaintiff has incurred the following attorneys' fees and costs in prosecution of his claims:

| | |
|---|---|
| Costs : | <u>$   402.00</u> |
| Attorneys' Fees: | <u>$2,580.00</u> |
|     Brian H. Pollock, Esq. ($450.00/hour x 3.7 hours) | $ 1,350.00 |
|     Toussaint Cummings, Esq. ($350.00/hour x 1.2 hours) | $    525.00 |
|     Estefania Di Mare ($150.00/hour x 0.7 hours) | $    705.00 |
| **Grand Total:** | **<u>$2,982.00</u>** |

135 San Lorenzo Avenue, Suite 770, Miami, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

The foregoing amounts are subject to increase commensurate with the expenditure of additional time, effort, and expense in this matter.

Respectfully submitted this 23rd day of September 2021.

                                                Brian H. Pollock, Esq.
                                                Brian H. Pollock, Esq. (174742)
                                                brian@fairlawattorney.com
                                                **FAIRLAW FIRM**
                                                135 San Lorenzo Ave
                                                Suite 770
                                                Miami, FL 33146
                                                Tel:    305.230.4884
                                                *Counsel for Plaintiff*