UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-23306

ARMANDO PEREZ,

    Plaintiff,

vs.

GREENSTAR LANDSCAPING,
CO. AND PETER E. MASI,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT

Plaintiff, Armando Perez, files the Return of Service on Defendant, PETER E. MASI (October 1, 2021).

Dated this 4th day of October 2021.

        s/Brian H. Pollock, Esq.
        Brian H. Pollock, Esq.
        Fla. Bar No. 174742
        brian@fairlawattorney.com
        FAIRLAW FIRM
        135 San Lorenzo Ave
        Suite 770
        Miami, FL 33146
        Tel:   305.230.4884
        *Counsel for Plaintiff*