## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:21-CV-23306

Plaintiff:
**ARMANDO PEREZ**

vs.

Defendant:
**GREENSTAR LANDSCAPING, CO. and
PETER E. MASI**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 24th day of September, 2021 at 1:35 pm to be served on **PETER E. MASI, 21133 S.W. 85 Avenue, Unit 401, Miami, FL 33189**.

I, Stefany Camejo, do hereby affirm that on the **1st day of October, 2021** at **12:30 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **PETER E. MASI** at the address of: **21133 S.W. 85 Avenue, Unit 401, Miami, FL 33189**, and informed said person of the contents therein, in compliance with Florida statute §48.031(1)(a).

**Description** of Person Served: Age: 53, Sex: M, Race/Skin Color: White, Height: 5'6", Weight: 160, Hair: Black, Glasses: N

I acknowledge that I am over the age of 18 years, in good standing in the judicial circuit in which this process was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Return of Service and the acts stated in it are true. F.S. 92.525(2).

Stefany Camejo
Certified Process Server #2509

Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321

Our Job Serial Number: NAY-2021001424

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1c